**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KOBA OKROSHIDZE,**<br>Petitioner,<br>v.<br>**ELIZABETH CONTRACT DETENTION FACILITY**<br>Respondent. | Civil Action No. 26-8446 (RK)<br>**ORDER** |

**KIRSCH, District Judge**

Before the Court is Koba Okroshidze's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF. No. 1. Also before the Court is a Motion for a Temporary Restraining Order ("TRO"). ECF No. 2.

Petitioner is an immigration detainee confined in Elizabeth Detention Center in Elizabeth, New Jersey, and he alleges that he is unlawfully detained in direct violation of his due process rights. ECF No. 1 at 8. Petitioner claims that he lawfully entered the country in June 2017, on a B-2 visitor visa and then filed an application for asylum and for withholding of removal in December of 2017. *Id.* Petitioner's application is currently pending, with a hearing before an immigration judge scheduled for July 21, 2026. ECF No. 2 at 2.

Petitioner argues that he suffers from diabetes, and that his detention interferes with his blood sugar monitoring, controlled diet, and medication. ECF No. 1 at 8. Additionally, Petitioner submits that he recently underwent hernia surgery and is in need of post-surgical follow-up. *Id.* In his motion for a TRO, Petitioner also alleges that he suffers from congestive heart failure, obstructive sleep apnea, morbid obesity, hypertension, hypersomnia, and hypertriglyceridemia. ECF No. 2 at 3. Petitioner contends that the Elizabeth Detention Center has not been able to provide the "continuous and specialized medical care [his] conditions demand, placing [his] health

and [his] life at serious risk." *Id.*

In accordance with Rule 4 of the Rules Governing 2254 Cases ("Habeas Rule 4"), applicable to § 2241 cases through Rule 1(b), scope of the Rules, this Court has screened the Petition for dismissal and determined dismissal without a full answer is not warranted

**THEREFORE, IT IS** on this 10th day of July 2026,

**ORDERED** that the Clerk's Office shall forward a copy of the petition (ECF No. 1) and this Order, to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that within three days (3) days of the date of the entry of this Order, Respondents shall file and serve a response which responds to the allegations and grounds in the habeas petition, and which includes all affirmative defenses Respondents seek to invoke; in the meantime, Respondents shall provide Petitioner with his medications as prescribed; and it is further

**ORDERED** that within two (2) days of receipt of the response, Petitioner may file a reply to the answer; and it is further

**ORDERED** that in light of the Court ordering an expedited response to the habeas petition, Petitioner's Motion for a TRO, ECF No. 2, is **DISMISSED AS MOOT**; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by U.S. Mail.

**HON. Robert Kirsch**
United States District Judge